UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALONZO CLAYTON,<br><br>              Plaintiff,<br><br>          v.<br><br>MICHAEL J. ASTRUE,<br>COMMISSIONER OF THE<br>SOCIAL SECURITY ADMINISTRATION,<br><br>              Defendant. | Case No. ED CV 10-1588-PJW<br><br><br>J U D G M E N T |

In accordance with the Memorandum Opinion filed herewith,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of the Social Security Administration is affirmed and the action is dismissed with prejudice.

DATED: <u>October 28, 2011</u>.

_____
PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE

S:\PJW\Cases-Soc Sec\CLAYTON, A 1588\judgment.wpd